3-13-2015 _____ (date)

79,030-01

JAMES EDWARD ECHOLS I.D. # 1752036
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

APPEAL CASE

CCA NO. WR-79,030-01
Trial Court Case No. 401-81145-10

COURT OF CRIMINAL APPEALS
Mr. ABEL ACOSTA, CLERK
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

Dear Mr. ACOSTA:

"Greetings!" I am contacting your District Clerk office to notify you that I am in need of information about my case CAUSE NO. 401-81145-10

1. I would like the court of criminal Appeals to Answer to the Briefs
2. I want to Know who wrote the Briefs
3. Copies of the Briefs
4. when was the Briefs file
5. when was the Briefs Dismiss
6. Appeals District Clerk when fileing original notice Appeal fileing who file it. again who wrote the Appeal ask for the Copies of the Briefs
7. I would like the copies of the writ of Habeas corpus application original filed in the court of criminal Appeals at that time.

THANK you! Yours in christ.

Please Turn over ⟶